IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                                           Case No.   18mj173-03-JTM

HENRY SIMMONS

        Defendant.

ORDER APPOINTING
CRIMINAL JUSTICE ACT COUNSEL

The above named defendant, having appeared before the United States Magistrate Judge on November 27, 2018 and defendant not having waived counsel, it is

ORDERED that Robert Nicholas Calbi, Calbi & Yotz, P.C., 819 Walnut Street, Suite 401, Kansas City, MO 64106 (816) 221-2400 be, and is hereby, appointed to represent the defendant before the United States Magistrate Judge and in all proceedings thereafter unless and until relieved by order of the United States District Court for the Western District of Missouri.

                                            /s/ Lajuana M. Counts
                                            LAJUANA M. COUNTS
                                            UNITED STATES MAGISTRATE JUDGE

Kansas City, Missouri
November 27, 2018